**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 98-6343

—————

WAYNE ANTHONY RICHARDSON,

Plaintiff - Appellant,

versus

M. MOUBAREK, Chief Medical Doctor; TERRI
MUNOZ, Head Nurse,

Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
97-1841-CCB)

—————

Submitted: July 22, 1998          Decided: August 6, 1998

—————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Wayne Anthony Richardson, Appellant Pro Se. Joseph Barry Chazen,
Gina Marie Smith, MEYERS, BILLINGSLEY, RODBELL & ROSENBAUM, P.A.,
Riverdale, Maryland, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Richardson v. Moubarek</u>, No. CA-97-1841-CCB (D. Md. Feb. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>